1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERMA TURNBULL,                                  ) | Case No. 3:06-cv-00656-LRH-VPC |
|         Plaintiff,                            ) | |
|                        ) | |
| vs.                                                  ) | **STIPULATION AND ORDER TO** |
|                        ) | **CONTINUE JOINT PRETRIAL ORDER** |
| J. MICHAEL MEMEO, *et al.*,                     ) | **DEADLINE** |
|                        ) | |
|         Defendants.                        ) | **[FIRST REQUEST]** |

Plaintiff, Erma Turnbull, by and through her counsel, James Andre Boles, Defendant James Watson by and through his attorneys, Catherine Cortez Masto Attorney General of the State of Nevada and Kristen R. Geddes, Deputy Attorney General, and Defendant J. Michael Memeo by and through his counsel, hereby STIPULATE and AGREE to jointly apply to the Court for an order enlarging the time, by which the parties must submit to the Court a Proposed Joint Pre-Trial Order ("JPTO") in the above-captioned matter.  The parties hereby expressly consent to such an enlargement of time.

The current deadline to file a JPTO is <u>Thursday, July 31, 2008.</u>  *See* Order (#18).[1] However, due to undersigned counsels' congested schedules, the parties hereby jointly request that this deadline be enlarged to Tuesday, September 2, 2008.

/ / /

---

[1] Citations to (#____) refer to the Court's Docket Number.

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

1    This is the First Request for such an extension, and is not offered for any improper

2    or dilatory purpose.

3    DATED this 29th day of July, 2008

4                                                    JAMES ANDRE BOLES

5

6                                                    _____
                                                     *Attorney for Plaintiff Erma Turnbull*

7    DATED this 29th day of July, 2008

8                                                    CATHERINE CORTEZ MASTO
                                                     Attorney General
9
                                                     By_____
10                                                   KRISTEN R. GEDDES
                                                     Deputy Attorney General
11

12                                                   *Attorneys for Defendant James Watson*

13   DATED this _____ day of July, 2008

14                                                   BRADLEY, DRENDEL & JEANNEY

15                                                   By._____
16                                                   WILLIAM C. JEANNEY

17                                                   *Attorney for Defendant J. Michael
                                                     Memeo*
18

19

20

21

22

23

24

25

26

27

28

1    This is the First Request for such an extension, and is not offered for any improper

2    or dilatory purpose.

3    DATED this _____ day of July, 2008

4                                                    JAMES ANDRE BOLES

5

6                                                    _____
                                                     *Attorney for Plaintiff Erma Turnbull*

7    DATED this 29th day of July, 2008               CATHERINE CORTEZ MASTO
                                                     Attorney General
8

9                                                    By _____
10                                                   KRISTEN R. GEDDES
                                                     Deputy Attorney General
11

12                                                   *Attorneys for Defendant James Watson*

13   DATED this 29th day of July, 2008               BRADLEY, DRENDEL & JEANNEY

14

15                                                   By. _____
                                                     WILLIAM C. JEANNEY
16

17                                                   *Attorney for Defendant J. Michael
                                                     Memeo*

18

19                                    **ORDER**

20        HAVING CONSIDERED the preceding *Stipulation to Continue the Joint Pre-Trial

21   Order Deadline*, as agreed to by the parties hereinabove, and for GOOD CAUSE, the

22   COURT HEREBY ORDERS that the current deadline of July 31, 2008, for the filing of the

23   proposed Joint Pre-Trial Order in the above-captioned matter BE VACATED and

24   CONTINUED to **Tuesday, September 2, 2008**.

25        IT IS SO ORDERED this 4th day of August, 2008.

26

27

28

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE