UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERMA TURNBULL,<br><br>    Plaintiff,<br><br>v.<br><br>J. MICHAEL MEMEO, individually and in his official capacity as Chief Administrator of the Fourth Judicial District Court of the State of Nevada, in and for the County of Elko; JAMES WATSON, individually and in his official capacity as a Chief Juvenile Probation Officer; the STATE OF NEVADA, ex rel. the FOURTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA IN AND FOR THE COUNTY OF ELKO,<br><br>    Defendants. | Case No. 3:06-CV-0656-LRH-VPC<br><br>**STIPULATION TO FILE JOINT PRE-TRIAL ORDER ON TUESDAY OCTOBER 7TH AND ORDER** |

Plaintiff and Defendants above named stipulate to file the Joint Pre-Trial Order on Tuesday, October 7, 2008. William C. Jeanney, Esq., counsel for Defendant J. Michael Memeo has been in depositions all week and has had to leave for a settlement conference in California. Plaintiff received changes from counsel for Defendant James Watson and provided Memeo's counsel a draft with the additional changes the afternoon of October 2, 2008. Counsel for Memeo did not have time to review all of the document before he had to leave for his 9:00 a.m. settlement conference in

/////
/////
/////
/////

1 | Independence, California.  Therefore, counsels have stipulated to file the Joint Pre-Trial Order on
2 | Tuesday, October 7, 2008.

4 | DATED this 2nd day of October, 2008.

BRADLEY, DRENDEL & JEANNEY, LTD.

 /s/ William C. Jeanney                              /s/ James Andre Boles
WILLIAM C. JEANNEY, ESQ.                   JAMES ANDRE BOLES, ESQ.
Attorney for Defendant J. Michael Memeo    Attorney for Plaint

CATHERINE CORTEZ MASTO
Attorney General

 /s/ Kristen Geddes
KRISTEN GEDDES, ESQ.
Attorney for Defendant James Watson

    IT IS SO ORDER this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE